FILED 20 JUN '12 9:33 USDC-ORP

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | DOCKET NO. ▆ 3:02CR00090-001-KI |
| v. | ORDER REVOKING |
| RANDY JAVAN PORTER, | CONDITIONAL RELEASE |
| **Defendant.** | |

On April 15, 2002, this Court found Randy Javan Porter Not Guilty by Reason of Insanity for the crime of Bank Robbery. On March 21, 2006, this Court ordered that Porter be conditionally discharged from the custody of the Attorney General under a regimen of psychiatric care prescribed by the Federal Medical Center in Springfield, Missouri. Conditional release commenced on April 26, 2006.

On September 23, 2011, this Court issued a Warrant of Arrest and Order to Show Cause why defendant's term of conditional release should not be revoked based on the probation officer's allegations that defendant violated the conditions of release.

////

On June 19, 2012, defendant appeared with counsel at a hearing to determine whether defendant's conditional release should not be revoked. The defendant admitted he had had violated the conditions of conditional release by committing a new law violation of Bank Robbery.

It is the finding of the Court that defendant violated the conditions of conditional release.

The Court finds, therefore, defendant is no longer suitable for community supervision, as his continued conditional release will create substantial risk of bodily injury to another or serious damage to the property of another.

**IT IS ORDERED** that defendant's term of conditional release is revoked pursuant to 18 USC § 4243(g) and defendant is remanded to the custody of the Attorney General for care and treatment at a suitable facility. The Court recommends, based on defendant's prior treatment, that he be hospitalized at the Federal Medical Center in Rochester, Minnesota.

**THE COURT FURTHER ORDERS** that a Risk Assessment Panel prepare and submit a Forensic Report for the Court's review one year prior to his release in the Southern District of California, Docket No. 3:11CR00796-01-JM.

**DATED** this _20th_ day of June, 2012.

_____
The Honorable Garr M. King
Senior U.S. District Judge